FILED
APR - 7 2016
CLERK, U.S. ...
SOUTHERN D...
BY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>JOSE HERNANDEZ,<br><br>                 Defendant. | Case No.: **16CR0708-W**<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about March 10, 2016, within the Southern District of California, defendant JOSE HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/7/16.

LAURA E. DUFFY
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney

SLE:dca:3/21/2016