| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 16CR00708-001-W |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Jose Hernandez<br>123 Querida Ave.<br>San Antonio, Texas 78226 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Thomas J. Whelan<br>Senior U.S. District Judge | |
| | DATES OF<br>supervised release | FROM 11/7/18 — TO 11/6/21 |

**OFFENSE**

21 U.S.C. §§ 952 and 960 Importation of Methamphetamine, a Class C felony.

**FILED**
Mar 07 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ jessicao  DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/12/19
Date

Thomas J. Whelan
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

2/26/19
Effective Date

United States District Judge